UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, ET AL.

       Plaintiffs,

  v.

INTERSTATE PAVING AND GRADING, INC.

       Defendant.
_____/

No. C 08-5327 WDB

ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE

On March 3, 2009, the parties appeared for an Initial Case Management Conference. Counsel for both parties informed the Court that the parties have scheduled a meeting in an attempt to informally resolve the case, and that if informal resolution is not successful, the parties have opted to participate in mediation by the ADR deadline set in this case.

The Court will conduct a telephonic status conference in Courtroom 4 on March 30, 2009, at 4:30 p.m. Plaintiffs' counsel shall initiate a conference call with defense counsel, and shall telephone the Court at (510) 637-3909 at the appointed time.

IT IS SO ORDERED.

Dated: March 3, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge