IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>INTERSTATE PAVING AND GRADING INC.,<br><br>    Defendant.<br>_____/ | No. C 08-05327 WDB<br><br>**ORDER OF CONDITIONAL DISMISSAL WITH PREJUDICE** |

    Plaintiffs having advised the Court that the parties have reached a settlement in the above-captioned action, and having requested a conditional forty-five day dismissal with prejudice,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice, provided that if any party certifies to this Court, within forty-five days of the date of this Order, with proof of service of a copy of such certification on opposing counsel, that the agreed consideration for said settlement has not been delivered, the Order of Conditional Dismissal will be vacated and the above-captioned action will be reopened and restored to the calendar to be set for trial.  The status conference set for June 3, 2009 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: May 13, 2009

                                                     WAYNE D. BRAZIL<br>                                                   United States Magistrate Judge